THOMAS L. FENN

*vs.*

WILLIAM H. FENN, EDWARD D. NOYES AND
HORACE MANNING, AS TRUSTEES ET ALS.

Cumberland County. Decided March 10, 1931. The record in this case is insufficient. Insufficiency may be due to oversights and omissions on the part of the clerical compiler of the record, but, whatever the cause, the case may not have consideration at this time, and the report must be discharged. Report discharged. *George C. Otto* and *Frederick R. Dyer*, for plaintiff. *John F. Dana* and *Eugene L. Bodge*, for defendants.